UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No:  2:16-cv-163-FtM-38MRM

THOMAS MERE,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the parties' Amended Joint Motion for Entry of Disbursement Order (Doc. #15) filed on September 19, 2016. No responses have been filed, and the time to do so has expired. This matter is ripe for the Court's review.

On March 15, 2016, this Court entered a Consent Order requiring Defendant Thomas Mere to establish a $30,000 settlement fund compensating aggrieved persons for monetary damages they may have suffered due to alleged violations of the Fair Housing Act. (Doc. #9). Although no such aggrieved persons were found, the United States settled on distributing funds to a qualified organization. Defendant has selected the Lee County Housing Development Corporation ("LCHDC") to receive the relevant funds. The United States does not object to the LCHDC being the recipient of the residual

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

settlement funds. Thus, the parties now move the Court for entry of disbursement, which this Court grants.

Accordingly, it is now

**ORDERED:**

1. The parties' Amended Joint Motion for Entry of Disbursement Order (Doc. #15) is **GRANTED**.

2. Defendant Thomas Mere is hereby ordered to make a payment of **$30,000, plus any accrued interest**, to the Lee County Housing Development Corporation. The payment shall be made **within 30 days from the date of entry of this Order**.

3. Consequently, the parties' (i) Joint Motion for Disbursement of Funds (Doc. #12); (ii) Amended Joint Motion for Disbursement of Funds (Doc. #13); and Second Amended Joint Motion for Disbursement of Funds (Doc. #14) are **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of October, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2